## DAVID H. SCHOONMAKER AND THOMAS REED, RESPONDENTS, *v.* SIMEON ROUSE, APPELLANT.

*Measure of damages.*

Plaintiff agreed in writing to purchase from defendant 200 tons of ice. He ordered and received and paid for two loads, and then gave defendant notice that the ice was not good and merchantable, and that he would not take the residue. Plaintiff kept the ice for defendant till it was worthless. The referee found that the ice was merchantable, and that plaintiff was entitled to recover for the ice not paid for, following, as to the measure of damages, *Dustan* v. *McAndrew et al.* (44 N. Y., 72).

APPEAL from a judgment, entered on the report of a referee, in favor of the plaintiff.

*Sedgwicks, Kennedy & Tracy,* for the appellants.

*Wood & Rathbun,* for the respondents.

Opinion of SMITH, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment affirmed.